CM2    V00472 27/07/2019 11:12:41 p.m. Página    11

ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE PRIMERA INSTANCIA
CENTRO JUDICIAL DE QUEBRADILLAS
SALA SUPERIOR

<table>
<tr><td>
NELSON HERNANDEZ GRAULAU y<br>
ANA M. GRAULAU COLLAZO<br>
<em>Demandantes</em><br>
<br>
<em>Vs.</em><br>
<br>
CAMUY HEALTH SERVICES, INC.<br>
(CDT de CAMUY); CORPORACIÓN<br>
"X"; DR. GEORGE MALDONADO, por<br>
sí y en representación de la Sociedad<br>
Legal de Gananciales que compone<br>
con SUTANA DE TAL; FULANO DE<br>
TAL; JOHN DOE y COMPAÑÍAS<br>
ASEGURADORAS "A", "B", Y "C"<br>
<em>Demandados</em>
</td>
<td>
CIVIL NÚM.: CM2019CV00472<br>
<br>
<br>
SOBRE: DAÑOS Y PERJUICIOS<br>
<em>Impericia Médica</em>
</td></tr>
</table>

## D E M A N D A   E N M E N D A D A

**AL HONORABLE TRIBUNAL:**

*Comparece La Parte Demandante de epígrafe,* a través de su representación legal que suscribe y ante este Honorable Tribunal, muy respetuosamente **EXPONE, ALEGA Y SOLICITA:**

### *LAS PARTES*

### *PARTE DEMANDANTE*

1.    El **co-demandante, *Nelson Hernández Graulau*** es soltero, incapacitado a consecuencia de la negligencia que más adelante se relaciona en la presente demanda y vecino de Camuy, Puerto Rico.

2.    La co- demandante, ***Ana M. Graulau Collazo,*** es soltera, madre del señor ***Nelson Hernández Graulau*** y vecina de Camuy, Puerto Rico.

3.    La dirección de las *Partes Demandantes,* antes mencionada, es: HC-04 Box 17644, Camuy, Puerto Rico 00627.

### *PARTES DEMANDADAS*

4.    El **co-demandado, Camuy Health Services, Inc. (también conocido como CDT de Camuy),** es una institución de cuidado médico, patrono y/o supervisor y/o es quien se beneficia económicamente del personal médico,

paramédico, personal de enfermería y cuyos agentes o empleados incurrieron en negligencia al no brindar tratamiento médico adecuado, diagnosticar, atender, examinar, evaluar y/o trasladar al señor *Hernández Graulau*, y que para el día 27 de julio de 2018, incurriendo en los actos y omisiones negligentes, que más adelante se describen, causando severos daños al señor **Nelson Hernández Graulau**, por lo que responde solidaria y vicariamente ante *los demandantes* por los daños sufridos y que más adelante se relacionan.

5.    La dirección física y postal de la *Parte Demandada*, antes mencionada, es: Avenida Muños Rivera #63 Camuy, PR 00627.

6.    **La co-demandada, *Corporación "X"***, cuyo verdadero nombre se desconoce al presente, es una corporación doméstica o foránea, autorizada a hacer negocios en Puerto Rico que, para el día 27 de julio de 2018, operaba y administraba el **co-demandado, Camuy Health Services, Inc. (también conocido como CDT de Camuy)**, o alguno de sus departamentos, y cuyos agentes o empleados incurrieron en actos y omisiones negligentes que causaron los daños sufridos por el **co-demandante, *Nelson Hernández Graulau***. Se les denomina en este momento por nombre ficticio por desconocerse el(los) verdaderos, los cuales se notificara(n) tan pronto se identifique(n), y responde solidariamente con los demás co-demandados.

7.    **El co-demandado *Dr. George Maldonado***, por sí y en representación de la Sociedad Legal de Gananciales que compone con la co-demandada *Sutana de Tal*, es médico de profesión, quien el día 27 de julio de 2018 pertenecía a la facultad de médicos del **Camuy Health Services, Inc. (también conocido como CDT de Camuy)** por ser el médico de turno de la Sala de Emergencia de dicha institución de salud, y estaba a cargo de atender, examinar, diagnosticar y tratar médicamente al **co-demandante, *Nelson Hernández Graulau*** en el CDT de **Camuy**, y que al hacerlo incurrió en los actos y omisiones negligentes que más adelante se describen, con los que causó los daños sufridos por los demandantes que  se relacionan más adelante, y responde solidariamente con los demás co-demandados.

8.    **La co-demandada Sociedad Legal de Gananciales constituida por el co-demandado *Dr. George Maldonado* y su esposa *Sutana de Tal***, quienes se beneficiaron de los actos de éste, por lo que son responsables ante *los demandantes* por los daños cuya indemnización más adelante se reclama. Responde solidariamente con los demás co-demandados.

CM   V068/2 27/07/2019 11:12:41 p.m. Página   : 11

9.     Que el **co-demandado**, *Fulano De Tal* es o son cualesquiera persona (s) natural (es) o jurídica(s), agencia(s) privada(s), gubernamental(es), municipio(s) o entidad(es) que pudiese(n) ser responsable(s) a los co-demandantes, o en alguna otra manera fuese(n) responsable(s) ante los hechos que aquí se detallan, **ya sea por ser el(los) administrador(es) y/o poseedor(es) y/o encargado(s)** y/o por cualquier otra responsabilidad que surja del Descubrimiento de Prueba a realizarse. Se les denomina en este momento por nombre ficticio por desconocerse el(los) verdaderos, los cuales se notificara(n) tan pronto se identifique(n), y responde solidariamente con los demás co-demandados.

10.    En la alternativa, **el co-demandado** *John Doe,* persona natural o jurídica de identidad desconocida; y que es responsable por las actuaciones negligentes que más adelante se relacionan, y responde solidariamente con los demás co-demandados.

11.    Hemos denominado a **las Compañías Aseguradoras "A", "B" y "C",** cuyos verdaderos nombres se desconocen al presente, son compañías de seguros debidamente autorizadas por el Comisionado de Seguros de Puerto Rico que, para la fecha mencionada en esta demanda, mantenían en vigor pólizas de seguros a favor de los co-demandados, para responder ante los demandantes por los daños cuya indemnización más adelante se reclama y quien responde solidariamente. Se les denomina en este momento por nombre ficticio por desconocerse el o los verdaderos cuales se notificara (n) tan pronto se identifique (n).

## *LOS HECHOS*

12.    El pasado 27 de julio de 2018, a eso de las 4:00 p.m., el **co-demandante,** *Nelson Hernández Graulau,* de 43 años de edad tuvo que recurrir de emergencia a la Sala de Emergencia del **CDT de Camuy** por presentar lengua pesada (tenía dificultad del habla), la cara con debilidad (sin fuerza) entumecida/adormecida con la boca virada hacia lado izquierdo (cara caída), pérdida de visión, debilidad en extremidades lado derecho (brazo y mano derecha).

13.    En el **CDT de Camuy**, le toman los vitales al **co-demandante,** *Nelson Hernández Graulau,* <u>resultando en una presión arterial de **235/132,**</u> pero lamentablemente ante estos síntomas y hallazgos el doctor[1] no le brindo el tratamiento adecuado, correcto y oportuno para la condición que presentaba el *señor Hernández Graulau* y le da de alta para el hogar, a eso de las 11:20 p.m.

14.   El **co-demandante, *Nelson Hernández Graulau*** tuvo que ser llevado al próximo día, 28 de julio de 2018, al *Hospital Metropolitano Dr. Susoni en Arecibo*, debido a que presentó severo dolor de cabeza, convulsiones con severos y continuos movimientos involuntarios en su cara y cuello, espuma en la boca con problema respiratorio y severos movimiento en los ojos, visión borrosa, falta de sensación en extremidades, severa dificultad de movimiento, adormecimiento y debilidad en mano derecha, balbuceando – dificultad del habla, y labio desviado hacia el lado izquierdo (*left commissure deviation*) y parálisis facial acompañado de confusión.

15.   En el Hospital Metropolitano Dr. Susoni evalúan al **co-demandante, *Nelson Hernández Graulau*** y le encuentran *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke)* por lo que de inmediato lo transfieren en ambulancia al *Centro Medico de Puerto Rico* donde fue admitido.

16.   Conforme a la buena práctica de la medicina, de haberse brindado el tratamiento adecuado, correcto y oportuno (a tiempo) al **co-demandante, *Nelson Hernández Graulau***, cuando éste fue al **CDT de Camuy**, se hubiere podido prevenir el *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke)*, severas secuelas y complicaciones.

17.   Fue la falta de cuidado y pericia del personal del **CDT de Camuy** y del ***Dr. George Maldonado*** al no atender adecuadamente ni brindar un tratamiento adecuado de emergencia al **co-demandante, *Nelson Hernández Graulau***, cuando éste <u>acudió</u> al **CDT de Camuy** el día 27 de julio de 2018, <u>con síntomas claros de desarrollo (inminente) y/o en proceso de un derrame cerebral (1) Debilidad facial (presentando boca virada hacia lado izquierdo); (2) Dificultad para hablar (lengua pesada); (3) Debilidad extremidad lado derecho; (4) Pérdida de visión y (5) Presión arterial alta</u>, apartándose así de los estándares aceptados dentro de la profesión medica, lo que causó que **co-demandante, *Nelson Hernández Graulau*** sufriera *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke)*, severas secuelas y complicaciones por no haber sido atendido adecuada y oportunamente.

18.   En la alternativa, fue la falta de cuidado y pericia del personal del **CDT de Camuy** y del ***Dr. George Maldonado*** por no informar ni ofrecerle al **co-demandante, *Nelson Hernández Graulau*** la alternativa de traslado de inmediato a otra institución medica hospitalaria para recibir un tratamiento adecuado a tiempo ante la condición que presentaba, lo que le causó que posteriormente (al día

---

[1] Dr. George Maldonado.

CM: /V0U4/2 27/07/2019 11:12:41 p.m. Página   : 11

siguiente), el señor *Hernández Graulau*, sufriera *Intracerebral hemorrhage (ICH)* -
lado izquierdo *(cerebellar stroke)*, severas secuelas y complicaciones que pudieron
evitarse de haber recibido un tratamiento adecuado, correcto y a tiempo.

19. El **co-demandante**, *Nelson Hernández Graulau*, sufrió y sufre severos
daños físicos que de haber recibido el tratamiento adecuado, correcto y a tiempo le
hubiesen evitado. A consecuencia de la negligencia de los co-demandados, el
señor **Nelson Hernández Graulau,** presenta parálisis (hemiplejia) del lado derecho
del cuerpo lo que le incapacita para realizar movimientos, le causa dolor físico,
severa dificultar de ambulación, dificultad del habla, daño visual, incapacidad para
continuar trabajar y lo que además sin lugar a dudas tiene un efecto por disturbios
emocionales por el influjo indeseable de su condición,   además temor e
incomodidades de ser estigmatizado por sus diferencias físicas, y por todas las
severas secuelas por no haber recibido un tratamiento adecuado, correcto y a
tiempo a causa del mal manejo médico en el CDT de Camuy, aquel 27 de julio de
2018.

20. Los daños ocasionados al **co-demandante**, **Nelson Hernández Graulau** le
han privado del disfrute de la buena calidad de vida que mantenía con anterioridad
a los hechos reseñados en esta demanda.

21. En adición a las molestias físicas que le aquejan, al **co-demandante,**
**Nelson Hernández Graulau**, ha sufrido graves angustias mentales al experimentar
la pérdida de movilidad e independencia de la que disfrutaba previo a los hechos en
esta Demanda reseñados.

22. La co-demandante **Ana E. Graulau Collazo** sufrió y sufre graves angustias
mentales al ver su hijo sufrir como consecuencia de haber sufrido *Intracerebral
hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke)*, severas secuelas y
complicaciones que le causó parálisis (hemiplejía[2]) del lado derecho del cuerpo y le
incapacita para realizar movimientos, le causa dolor físico, severa dificultar de
ambulación, dificultad del habla y daño visual e incapacidad para continuar
trabajando  a causa del mal manejo médico por la negligencia crasa, antes descrita,
en el CDT de Camuy, aquel 27 de julio de 2018.

## *NEGLIGENCIA - RESPONSABILIDAD*

23. Fue negligente el **co-demandado, CDT de Camuy,** por no brindar
tratamiento médico adecuado/correcto y oportuno; y al no trasladar ni referir de

CM2    V00672 27/07/2019 11:12:41 p.m. Página    11

inmediato a otra institución médica al **co-demandante, *Nelson Hernández Graulau*,** quien acudió a sus facilidades médicas <u>con síntomas claros de un desarrollo (inminente) y/o en proceso de un derrame cerebral</u> **que requería intervención adecuada a tiempo para evitarle los severos daños.**

24. En el **co-demandado, CDT de Camuy,** donde fue atendido negligentemente al co-demandante, *Nelson Hernández Graulau* por el médico de turno, ***Dr. George Maldonado,*** personal de enfermería y cada uno de ellos, alguno de ellos o todos ellos incurrieron en negligencia durante el día 27 de julio de 2018, apartándose de la mejor práctica de la medicina. Dicho personal, omitió brindar el tratamiento adecuado y ofrecer e instruir las alternativas necesarias para evitar el desarrollo de los padecimientos de nuestro representado, antes descritos, apartándose de la mejor práctica de la medicina.

25. En el **CDT de Camuy** donde fue atendido negligentemente el **co-demandante, *Nelson Hernández Graulau*** por el ***Dr. George Maldonado*** y demás personal, alguno de ellos o todos ellos incurrieron en negligencia durante el día 27 de julio de 2018, por cuanto, apartándose de la mejor práctica de la medicina, omitieron efectuar las pruebas diagnosticas necesarias para determinar las causas y desarrollo de los padecimientos del demandante, omitieron controlar dicho padecimiento, omitieron brindar el tratamiento médico adecuado para controlar la enfermedad del paciente y permitieron que se desarrollara *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke),* graves y severas secuelas y otras compilaciones, todos los daños aquí reseñados.

26. El co-demandado **CDT de Camuy** fue negligente al no brindar tratamiento médico adecuado y agresivo para los <u>síntomas claros de un desarrollo (inminente) y/o en proceso de un derrame cerebral</u> que presentaba el **co-demandante, *Nelson Hernández Graulau,*** cuando éste fue a ese centro de cuidado. En la alternativa, el co-demandado **CDT DE CAMUY** no transfirió o refirió al señor *Hernández Graulau* a otro centro de salud de inmediato para que recibiera la atención adecuada a tiempo para la condición que era de emergencia ante los <u>síntomas claros de un desarrollo (inminente) y/o en proceso de un derrame cerebral</u>, lo que causó que posteriormente (al día siguiente) el señor *Hernández Graulau,* sufriera *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke),* graves y severas secuelas y los daños reseñados.

---

[2] parálisis del lado derecho del cuerpo lo que le incapacita para realizar movimientos.

GA-V06472 27/07/2019 11:12:41 p.m. Página  8 11

27.   El médico de turno, *Dr. George Maldonado,* que atendió ese 27 de julio de 2018 al **co-demandante, Nelson Hernández Graulau** en  el **CDT de Camuy** fue negligente de forma crasa al no brindar el tratamiento adecuado conforme a la práctica prevaleciente de la medicina con dicho paciente y al proceder con descuido causó el grave daño permanente al **co-demandante, Nelson Hernández Graulau.**

28.   El co-demandado *Dr. George Maldonado* fue negligente con el manejo del **co-demandante, Nelson Hernández Graulau** al no tomar las medidas necesarias para prevenir los daños ocasionados, lo que constituye un acto de impericia.

29.   El co-demandado **CDT de Camuy** donde fue atendido negligentemente el **co-demandante, Nelson Hernández Graulau** por el médico de dicha institución, *Dr. George Maldonado* y demás personal, y cada uno de ellos, algunos de ellos o todos ellos incurrieron en negligencia crasa durante el 27 de julio de 2018, por cuanto, apartándose de la mejor práctica de la medicina, omitieron su deber de cuidado y tratamiento adecuado y diligente, lo que causó con tal negligencia crasa que el señor *Hernández Graulau* sufra severos daños por no haber recibido un tratamiento, adecuado, correcto y oportuno.

30.   Fue negligente el co-demandado *Dr. George Maldonado* y el personal médico del co-demandado **CDT de Camuy** al no examinar adecuadamente ni brindar tratamiento médico adecuado ni realizar un adecuado y correcto procedimiento causando con dicha negligencia crasa los daños aquí reseñados por no haber sido tratado correctamente y a tiempo ocasionando los daños antes mencionados.

31.   La negligencia del co-demandado *Dr. George Maldonado* se perfecciona cuando apartándose de la mejor practica de medicina,  no ordenó el tratamiento adecuado ante el cuadro clínico del señor *Hernández Graulau*; no transfirió o refirió de inmediato a otra institución al **co-demandante, Nelson Hernández Graulau** para que recibiera la atención adecuada a tiempo para la condición que era de emergencia ante los <u>síntomas claros de un desarrollo (inminente) y/o en proceso de un  derrame cerebral</u>,  por lo que causó con dicha negligencia crasa *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke),* graves y severas secuelas y los daños reseñados al  **co-demandante, Nelson Hernández Graulau,** por lo que responde vicariamente y solidariamente por los actos negligentes.

32.   Un medico incurre en negligencia, cuando en el desempeño de sus funciones no ofrece "aquella atención medica que a la luz de los modernos medios

de comunicación y enseñanzas y conforme al estado de conocimiento de la ciencia satisface la practica prevaleciente en la medicina".

33.  El personal de la referida institución (**CDT de Camuy**), omitió negligentemente controlar dicho padecimiento, mediante el uso de tratamiento médico correcto y oportuno, o en su defecto, omitió negligentemente trasladar o referir de inmediato a dicho paciente a otra facilidad médico-hospitalaria para que recibiera la atención adecuada a tiempo para la condición que era de emergencia ante los <u>síntomas claros de un desarrollo (inminente) y/o en proceso de un derrame cerebral</u>. Dichas omisiones fueron las causantes de que el co-demandante, *Nelson Hernández Graulau*, sufriera y sufra los daños aquí reseñados.

34.  El **co-demandado, CDT de Camuy**, es responsable por los actos u omisiones de los médicos que conforman su facultad médica, así como del personal que emplean, conforme al articulado legal que establece la Responsabilidad Vicaria del patrono ante actuaciones negligentes incurridas por sus empleados.

35.  El co-demandado **CDT de Camuy** donde fue atendido negligentemente el **co-demandante**, *Nelson Hernández Graulau*, responde vicariamente y solidariamente **dicho CDT** por los actos negligentes que cometieron los empleados o agentes, a saber, facultad medica o personal de apoyo médico, de la institución de quien se beneficia económicamente y que causaron, o contribuyeron a causar a los daños reclamados que sufrieran y sufren *los Demandantes*.

36.  El doctor co-demandado *Dr. George Maldonado,* para el pasado 27 de julio de 2018, formaba parte de la facultad medica del co-demandado **CDT de Camuy**, y éste incurrió en negligencia al atender y tratar al **co-demandante**, *Nelson Hernández Graulau* en dicho CDT, apartándose de la mejor practica de la atención médica, por proceder con el paciente de forma negligentemente crasa, por lo que incurrieron en negligencia.

37.  El co-demandado **CDT de Camuy**, es responsable solidariamente por los actos u omisiones de los médicos que conforman su facultad médica, así como del personal que emplean conforme al ordenamiento jurídico vigente, que establece la Responsabilidad Vicaria del patrono ante actuaciones negligentes incurridas por sus empleados.

38.  **La co-demandada *Corporación "X"***, administradora del **co-demandado, CDT de Camuy**, responde solidaria y vicariamente por los actos negligentes que

cometieran los empleados o agentes, a saber, facultad médica o personal de apoyo médico, de la institución hospitalaria que administra y que causaron, o contribuyeron a causar los daños sufridos por el **co-demandante, *Nelson Hernández Graulau*.**

39. **El co-demandado *Dr. George Maldonado*,** médico de profesión, quien el día 27 de julio de 2018 estuvo a cargo de atender, examinar, diagnosticar y tratar médicamente al **co-demandante, *Nelson Hernández Graulau*** en el **CDT de Camuy,** que al hacerlo incurrió en los actos y omisiones negligentes, los aquí mencionados, con los que causó todos los daños que se reclaman, y responde solidariamente con los demás co-demandados.

40. **La co-demandada Sociedad Legal de Gananciales constituida por el co-demandado *Dr. George Maldonado* y su esposa *Sutana de Tal*,** quienes se beneficiaron de los actos de éste, por lo que son responsables ante *los demandantes* por los daños cuya indemnización más adelante se reclama.

41. El **co-demandado, *Fulano De Tal*,** responde(n), **ya sea por ser los administradores y/o poseedores y/o encargados de las facilidades médicas co-demandadas** y/o por cualquier otra responsabilidad que surja del descubrimiento de prueba a realizarse, y responde solidariamente con los demás co-demandados.

42. En la alternativa, **el co-demandado *John Doe*,** persona natural o jurídica de identidad desconocida; y que es responsable por las actuaciones negligentes que en esta demanda se relacionan, y responde solidariamente con los demás co-demandados.

43. Responden las co-demandadas Compañías Aseguradoras "A", "B" y la "C", cuyos verdaderos nombres se desconocen al presente, por  mantener en vigor pólizas de seguros a favor de los co-demandados, para responder ante los co-demandantes por los daños cuya indemnización se reclama en la presente Demanda, y responden solidariamente con los demás co-demandados.

44. Los co-demandados por acción u omisión fueron negligentes por los hechos aquí reseñados por lo que responden a los demandantes solidariamente.

Nov00472 27/07/2019 11:12:41 p.m. Página 1e 11

### *DAÑOS*

45. Como consecuencia de la negligencia de los co-demandados, según se ha descrito la misma en los párrafos anteriores, los co-demandantes sufrieron, sufren y seguirán sufriendo los siguientes daños por los cuales reclaman la correspondiente indemnización.

46. Como consecuencia de la negligencia de los co-demandados, según se ha descrito la misma en los párrafos anteriores, el **co-demandante,** *Nelson Hernández Graulau*, sufrió *Intracerebral hemorrhage (ICH)* - lado izquierdo *(cerebellar stroke)*, severas secuelas y complicaciones que le causó parálisis (hemiplejía[3]) del lado derecho del cuerpo y le incapacita para realizar movimientos, le causa dolor físico, severa dificultar de ambulación, dificultad del habla y daño visual e incapacidad para continuar trabajando, lo que además le causa severas y profundas angustias mentales.

47. El **co-demandante,** *Nelson Hernández Graulau* sufrió, sufre y seguirá sufriendo profundas y severas angustias mentales y depresión por los daños, antes mencionados, lo que sin lugar a dudas tiene un efecto por disturbios emocionales por el influjo indeseable de su condición, además temor e incomodidades de ser estigmatizado por sus diferencias físicas, y por todas las severas secuelas por no haber recibido un tratamiento adecuado, correcto y oportuno, lo que le causa severas angustias a causa del mal manejo médico en el CDT de Camuy, aquel 27 de julio de 2018

48. Los daños ocasionados al **co-demandante,** *Nelson Hernández Graulau* le han privado del disfrute de la buena calidad de vida que mantenía con anterioridad a los hechos reseñados en esta demanda.

49. En adición a las molestias físicas que le aquejan, al **co-demandante,** *Nelson Hernández Graulau*, ha sufrido graves angustias mentales al experimentar la pérdida de movilidad e independencia de la que disfrutaba previo a los hechos en esta Demanda reseñados.

---

[3] Parálisis del lado derecho del cuerpo lo que le incapacita para realizar movimientos.

*Nelson Hernández Graulau, Et Al. Vs. CDT de Camuy, Et. Als*
*Demanda*
*Página 11 de 11*

50. El **co-demandante, *Nelson Hernández Graulau***, sufrió, sufre y seguirá sufriendo daños que son como consecuencias directas de los actos negligentes de los co-demandados, a causa del mal manejo médico en el CDT de Camuy y del personal que allí lo atendió incluyendo al co-demandado Dr. George Maldonado, aquel 27 de julio de 2018, por lo que reclama las siguientes daños:

(a) Por concepto de todos los daños físicos—$4,500,000.00;
(b) Por concepto de angustias mentales -$2,000,000.00;
(c) Por concepto de lucro cesante — $1,500,000.00;
(d) Por concepto de gastos futuros de cuido y tratamiento—$3,500,000.00;

51. Indudablemente la co-demandante ***Ana M. Graulau Collazo***, ha sufrido, sufre y seguirá sufriendo graves y profundas angustias mentales al experimentar los severos daños que sufrió y sufre su amado hijo ***Nelson Hernández Graulau***, (los antes mencionados) a consecuencia de la negligencia de los co-demandados, la antes reseñada. Ésta madre sufre una profunda angustia por todas las consecuencias adversas a la que está expuesto su amado hijo por haber sufrido y sufrir los severos daños aquí reseñados, a causa del mal manejo medico en el CDT de Camuy y del personal que allí lo atendió, aquel 27 de julio de 2018. Se reclama los daños de esta madre en una partida valorada en una cantidad no menor de ***Quinientos Mil*** **($500,000.00)** ***Dólares***.

**EN MERITO DE LO CUAL**, se suplica muy respetuosamente del Honorable Tribunal, declare **CON LUGAR** la presente *Demanda Enmendada* y en su consecuencia ordene a los co-demandados, **solidariamente**, a pagar las sumas reclamadas, más una suma en concepto de costas, gastos y honorarios de Abogada, más el interés legal sobre todas dichas sumas computado desde la presentación de la demanda.

**RESPETUOSAMENTE SUSCRITA** en Arecibo, Puerto Rico, hoy 27 de julio de 2019.

f/ *Ivette Fantauzzi-Valentín*
**LCDA. IVETTE FANTAUZZI -VALENTÍN**
**Núm. R.U.A.: 13.884**
PO Box 518
Arecibo, Puerto Rico 00613-0518
Tel.: 787-374-0925
Fax: 787-879-2166
e-mail: lcda.fantauzzi@gmail.com